# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2014

149141-2 & (27)(28)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re

RAYOLA A. BANFIELD IRREVOCABLE
TRUST

SC: 149141
COA: 321204
Livingston
  Probate Ct:  2013-014446-TV

_____/

In re

RAYOLA A. BANFIELD REVOCABLE
LIVING TRUST

SC: 149142
COA: 321206
Livingston
  Probate Ct:  2013-014447-TV

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals. The motion to quash is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2014



Clerk

t0429